01
02
03
04
05
06
07          UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
08                     AT SEATTLE

09  RICKY PATU,

10                      Plaintiff,          Case No. C14-0765-MJP

11       v.
                                            ORDER DISMISSING ACTION
12  SHERYL ALLBERT, et al.,

13                      Defendants.

14

15      This matter is before the Court on the Report and Recommendation of the Honorable

16  Chief United States Magistrate Judge Mary Alice Theiler and Plaintiff's motion to file a second

17  amended complaint. Judge Theiler recommended dismissal of Plaintiff's in forma pauperis

18  action prior to service pursuant to 28 U.S. C.§ 1915(e)(2)(B) without prejudice because

19  Plaintiff has not alleged sufficient facts to sustain a cause of action under 42 U.S.C. § 1983.

20  (Dkt. No. 11 at 4.) Plaintiff did not file objections to the Report and Recommendation. Plaintiff

21  filed with the Court a note stating simply, "I would like to amend my complaint regarding Patu

22  v. Allbert." (Dkt. No. 12.) Plaintiff did not provide a proposed second amended complaint.

ORDER DISMISSING ACTION
PAGE - 1

01   Local Civil Rule 15 requires a party who wishes to amend a pleading to attach a copy of
02   the amended pleading to the motion to amend. The purpose of this rule is to allow the Court to
03   evaluate whether or not leave to amend would be frivolous in a particular case. Because
04   Plaintiff did not attach a proposed amended Complaint, or articulate in any way what type of
05   amendment he intended to make in a second amended complaint, the Court DENIES Plaintiff's
06   motion to amend. (Dkt. No. 12.)

07   The Court, having reviewed plaintiff's amended complaint, the Report and
08   Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge,
09   Plaintiff's request to file an amended complaint, the remaining record, and noting no objections
10   were filed, does hereby find and Order:

11   (1)   The Court adopts the Report and Recommendation;

12   (2)   Plaintiff's amended complaint (Dkt. 8) and this action are DISMISSED without
13   prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B); and

14   (3)   The Clerk is directed to send copies of this Order to plaintiff and to Judge
15   Theiler.

16   DATED this 2nd day of September, 2014.

*(signature)*

MARSHA J. PECHMAN
Chief United States District Judge

ORDER DISMISSING ACTION
PAGE - 2